In the Matter of the Petition of JOSEPH MUSLINER & Co., INC., Respondent, to Compel DORA ROSS and SAMUEL L. ROSS, Appellants, to Render and Settle Their Account as Executors of DAVID B. ROSS, Deceased.— Decree of the Surrogate's Court of Kings county affirmed, with costs.    No opinion. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concur.

In the Matter of the Application of CHARLES RIES and ANNA M. H. HUEG, Respondents, as Creditors of CATHERINE A. C. G. REHFELDT, for the Sale, Mortgage or Lease of the Real Property of CATHERINE A. C. G. REHFELDT, Deceased, for the Payment of Debts.    JACOB J. KAPPES and Others, Appellants.— Decree of the Surrogate's Court of Queens county affirmed, with costs.    No opinion.    Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ., concur.

SAMUEL KANTOR, Respondent, v. MORRIS SPODEK, Appellant.— We are of opinion that the money expended for legal services was not a proper element of damage.    Judgment and order reversed and a new trial granted, with costs to abide the event, unless plaintiff stipulate within twenty days to reduce the amount of recovery to $300, in which event the judgment as so modified, and the order, are unanimously affirmed, without costs. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.

MARY E. MADDEN, Respondent, v. BESSIE MORRIS, Appellant.— Judgment affirmed, with costs.    No opinion.    Jenks, P. J., Blackmar and Jaycox, JJ., concur; Mills, J., dissents upon the ground that it appears by the opinion of the trial justice that in weighing the evidence he applied the rule or standard that the burden rested upon the defendant to affirmatively establish the fairness of the transaction; whereas Mr. Justice Mills concludes that

that exceptional rule did not apply to this case; Rich, J., concurs with Mills, J.